# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### HARRISBURG DIVISION

| | | |
|---|---|---|
| GATLIN CONSULTING GROUP, LLC, | ) | |
| PLATINUM BIOLOGICS, LLC; | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:25-cv-01889-YK |
| | ) | |
| ADVANCED SOLUTION, LLC; | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL DISSMAL

NOW COME GATLIN CONSULTING GROUP, LLC, and PLATINUM BIOLOGICS, LLC,

Plaintiffs, and files this, Plaintiffs' Response to Defendant's Motion for Partial Dismissal and asks the

Court to deny the motion in its entirety.

1.1     On November 4, 2025, Defendant's filed a partial motion to dismiss. (Doc. 12).

1.2     In the partial motion to dismiss, Defendant's confirmed the existence of an enforceable

and binding contract.

1.3     As such, in accordance with Fed.R.Civ.P. 15(a)(1)(B), Plaintiffs filed a first amended

complaint on November 18, 2025. (Doc. 17).

1.4     The amended complaint addresses the issues raised in Defendant's Motion to Partially

Dismiss and therefore renders the original Motion moot. See Emekekwue v. Offor, Civil Action No.

1:11-cv-01747, 2012 WL 5249414, *2 (M.D.Pa. Oct. 24, 2012).

1.5     Plaintiffs therefore request the court to deny Defendant's motion as moot.

Respectfully submitted,

***Attorneys for Plaintiff***

Cunningham, Chernicoff, & Warshawsky, PC

By: /s/  Joseph M. Kanfer
Joseph M. Kanfer
PA Attorney I.D. No. 306558
2320 North Second Street
P.O. Box 60457
Harrisburg, PA 17106
(717) 238-6570
jkanfer@cclawpc.com

/s/ Clifton Kyle
Clifton Kyle
LA Attorney I.D. No. 34314
Pro Hac Vice
4298 Elysian Fields Avenue
Suite B
New Orleans, LA 70122
(504) 535-5730
cckyle@kylelawgroup.com

CERTIFICATE OF SERVICE

I certify that on November 18th, I served a copy of the foregoing on opposing counsel via the Court's ECF system.

/s/ Clifton Kyle
Clifton Kyle
LA Attorney I.D. No. 34314
Pro Hac Vice
4298 Elysian Fields Avenue
Suite B
New Orleans, LA 70122
(504) 535-5730
cckyle@kylelawgroup.com